NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

AUG 11 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| DELTON L. TAYLOR,<br><br>    Plaintiff-Appellant,<br><br> v.<br><br>HARISHKUMAR PATEL, Medical Doctor at Wasco State Prison; RICHARD LE, Medical Doctor at Wasco State Prison,<br><br>    Defendants-Appellees. | No. 19-16425<br><br>D.C. No. 1:14-cv-01754-DAD-JDP<br><br>MEMORANDUM[*] |

Appeal from the United States District Court
for the Eastern District of California
Dale A. Drozd, District Judge, Presiding

Submitted August 5, 2020[**]

Before: SCHROEDER, HAWKINS, and LEE, Circuit Judges.

California state prisoner Delton L. Taylor appeals pro se from the district court's order denying for lack of subject matter jurisdiction his post-judgment motion to enforce a settlement agreement. We have jurisdiction under 28 U.S.C.

---

 [*] This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

 [**] The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

§ 1291.  We review de novo.  *Kelly v. Wengler*, 822 F.3d 1085, 1094 (9th Cir. 2016).  We affirm.

The district court properly denied for lack of subject matter jurisdiction Taylor's post-judgment motion to enforce the settlement agreement because the court did not incorporate the terms of the settlement agreement into the dismissal order.  *See id*. (a district court maintains ancillary jurisdiction to enforce a settlement agreement only where the court incorporated the terms of the settlement agreement into the dismissal order).  Even if the terms of the settlement agreement were incorporated in the dismissal order, Taylor has not shown a breach of the settlement agreement.

**AFFIRMED.**